Jennifer LASTER, et. al., Plaintiffs— Appellants,

and

Vincent Concepcion, et. al., Plaintiffs,

v.

T–MOBILE USA, INC., et. al., Defendants—Appellees.

No. 10–55070.

United States Court of Appeals, Ninth Circuit.

Argued and Submitted Jan. 9, 2012.

Filed Jan. 17, 2012.

Sarah P. Weber, Kirk B. Hulett, Hulett Harper Stewart LLP, Matthew Butler, Craig Nicholas, Alex Tomasevic, Nicholas & Butler LLP, San Diego, CA, for Plaintiffs–Appellants.

Steven Caplow, Esquire, James Grant, Cassandra Lynn Kinkead, Esquire, Davis Wright Tremaine LLP, Seattle, WA, William Nolan Kammer, Alison L. Pivonka, Solomon, Ward, Seidenwurm & Smith, Robert Anthony Cocchia, Esquire, McKenna Long & Aldridge, LLP, San Diego, CA, Karen Jill Ephraim, Esquire, Richard Drooyan, Henry Weissman, Munger, Tolles & Olson LLP, Lindsay Carlson, Esquire, Jesus Manuel Jauregui, Esquire, Michele A. Powers, Esquire, Alston & Bird LLP, Los Angeles, CA, Donald Manwell Falk, Mayer Brown, LLP, Palo Alto, CA, Archis Ashok Parasharami, Mayer Brown LLP, Washington, DC, for Defendants– Appellees.

Before: REINHARDT and W. FLETCHER, Circuit Judges, and BREYER, Senior District Judge.*

ORDER **

The district court order granting summary judgment is VACATED and the case is REMANDED to the district court for reconsideration in light of *AT&T Mobility LLC v. Concepcion,* —— U.S. ——, 131 S.Ct. 1740, 179 L.Ed.2d 742 (2011).

---

* The Honorable Charles R. Breyer, Senior United States District Judge for the Northern District of California, sitting by designation.

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.